IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAPPHIRE DOLPHIN LLC, | |
| Plaintiff, | |
| v. | C.A. No. 15-119-SLR |
| PANASONIC CORPORATION, *et al.*, | |
| Defendants. | |

AFFIDAVIT OF SERVICE OF
ALIAS SUMMONS AND AMENDED COMPLAINT

STATE OF DELAWARE )
                                            )   SS:
COUNTY OF NEW CASTLE )

Stephen B. Brauerman, Esquire deposes and states:

1. I am a member in good standing of the Bar of the State of Delaware, and a director at Bayard P.A., Delaware counsel for plaintiff Sapphire Dolphin LLC ("Plaintiff") in this action.

2. On March 19, 2015, I caused a true and correct copy of the alias summons and amended complaint in this action to be served upon defendant Panasonic Corporation of North America ("Defendant") by Certified Mail, Article No. 7014 0150 0001 0480 6405, at the following address:

> Panasonic Corporation of North America
> 2 Riverfront Plaza
> Newark, NJ 07102.

3. Upon mailing the alias summons and amended complaint, I received a return receipt indicating that on March 23, 2015, Defendant signed for the Certified Mail. Copies of the original postal receipt and original return receipt are attached as Exhibit A.

_____
Stephen B. Brauerman (No. 4952)

SWORN TO AND SUBSCRIBED before me this 30th day of March, 2015.

_____
Notary Public

TIFFANY NICOLE MATTHEWS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 27, 2016