**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAPPHIRE DOLPHIN LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PANASONIC CORPORATION; and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>    Defendants. | C.A. No. 15-119-SLR<br><br>TRIAL BY JURY DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Sapphire Dolphin LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action WITH PREJUDICE against Defendants Panasonic Corporation and Panasonic Corporation of North America, with each party to bear its own costs and attorneys' fees in this action.

Dated: May 4, 2015

OF COUNSEL**:**

Eugenio J. Torres-Oyola
Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
(787) 766-7000
etorres@ferraiuoli.com

BAYARD, P.A.

*/s/ Sara E. Bussiere*
Richard D. Kirk (No. 922)
Stephen B. Brauerman (No. 4952)
Vanessa R. Tiradentes (No. 5398)
Sara E. Bussiere (No. 5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayarlaw.com

*Attorneys for Plaintiff Sapphire Dolphin LLC*